# EX. 3

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EMPLID | NAME | JOBCODE_DESCRIPTION | EFFECTIVE_DATE | ACTION | REASON | HOURLY_RATE | ANNUAL_RATE | SUPERVISOR_ID | SUPERVISOR_NAME |
| 2 | 1146947 | Shipp,Stephanie G | Rep 1, Sales Inbound | 3/15/2010 | HIR | New Hire | 7.210000 | 14996.800 | 1070701 | Pipkin,Andrew G |
| 3 | 1146947 | Shipp,Stephanie G | Rep 1, Sales Inbound | 4/30/2010 | DTA | Change Supervisor ID | 7.210000 | 14996.800 | 1122664 | Stevens Jr.,Richard |
| 4 | 1146947 | Shipp,Stephanie G | Rep, Inside Sales Commercial | 4/30/2010 | DTA | Job Code Change | 7.210000 | 14996.800 | 1122664 | Stevens Jr.,Richard |
| 5 | 1146947 | Shipp,Stephanie G | Rep, Inside Sales Commercial | 8/13/2010 | DTA | Change Payroll Page Data | 7.210000 | 14996.800 | 1122664 | Stevens Jr.,Richard |
| 6 | 1146947 | Shipp,Stephanie G | Rep, Inside Sales Commercial | 12/24/2010 | DTA | Change Supervisor ID | 7.210000 | 14996.800 | 1126394 | Ahrens,Tina K |
| 7 | 1146947 | Shipp,Stephanie G | Rep, Inside Sales Commercial | 1/1/2011 | DTA | Update ABBR Commission Earning | 7.210000 | 14996.800 | 1126394 | Ahrens,Tina K |
| 8 | 1146947 | Shipp,Stephanie G | Rep, Inside Sales Commercial | 2/18/2011 | PLA | Non-FMLA-Medical | 7.210000 | 14996.800 | 1126394 | Ahrens,Tina K |
| 9 | 1146947 | Shipp,Stephanie G | Rep, Inside Sales Commercial | 2/25/2011 | DTA | Change Performance Rating | 7.210000 | 14996.800 | 1126394 | Ahrens,Tina K |
| 10 | 1146947 | Shipp,Stephanie G | Rep, Inside Sales Commercial | 2/28/2011 | RFL | Return From Leave | 7.210000 | 14996.800 | 1126394 | Ahrens,Tina K |
| 11 | 1146947 | Shipp,Stephanie G | Rep, Inside Sales Commercial | 4/15/2011 | DTA | Change Payroll Page Data | 7.210000 | 14996.800 | 1126394 | Ahrens,Tina K |
| 12 | 1146947 | Shipp,Stephanie G | Rep, Inside Sales Commercial | 6/17/2011 | DTA | Change Payroll Page Data | 7.210000 | 14996.800 | 1126394 | Ahrens,Tina K |
| 13 | 1146947 | Shipp,Stephanie G | Rep, Inside Sales Commercial | 12/2/2011 | DTA | Change Payroll Page Data | 7.210000 | 14996.800 | 1126394 | Ahrens,Tina K |
| 14 | 1146947 | Shipp,Stephanie G | Account Consultant 1 (AC1) | 1/1/2012 | DTA | Update ABBR Commission Earning | 7.210000 | 14996.800 | 1126394 | Ahrens,Tina K |
| 15 | 1146947 | Shipp,Stephanie G | Account Consultant 1 (AC1) | 2/24/2012 | DTA | Change Performance Rating | 7.210000 | 14996.800 | 1126394 | Ahrens,Tina K |
| 16 | 1146947 | Shipp,Stephanie G | Account Consultant 1 (AC1) | 2/24/2012 | PAY | Pay Adjustment | 7.552475 | 15709.148 | 1126394 | Ahrens,Tina K |
| 17 | 1146947 | Shipp,Stephanie G | Account Consultant 1 (AC1) | 4/6/2012 | DTA | Change Payroll Page Data | 7.552475 | 15709.148 | 1126394 | Ahrens,Tina K |
| 18 | 1146947 | Shipp,Stephanie G | Account Consultant 1 (AC1) | 5/1/2012 | PLA | Family and Medical Leave Act | 7.552475 | 15709.148 | 1126394 | Ahrens,Tina K |
| 19 | 1146947 | Shipp,Stephanie G | Account Consultant 1 (AC1) | 5/10/2012 | LOA | Family and Medical Leave Act | 7.552475 | 15709.148 | 1126394 | Ahrens,Tina K |
| 20 | 1146947 | Shipp,Stephanie G | Account Consultant 1 (AC1) | 6/27/2012 | LOA | Non-FMLA-Medical | 7.552475 | 15709.148 | 1126394 | Ahrens,Tina K |
| 21 | 1146947 | Shipp,Stephanie G | Account Consultant 1 (AC1) | 8/3/2012 | RFL | Return From Leave | 7.552475 | 15709.148 | 1126394 | Ahrens,Tina K |
| 22 | 1146947 | Shipp,Stephanie G | Account Executive 2 Commercial | 9/19/2012 | XFR | Same Job Grade Vacancy | 21.634615 | 44999.999 | 1172123 | Seybold,Darrell E |
| 23 | 1146947 | Shipp,Stephanie G | Account Executive 2 Commercial | 9/19/2012 | XFR | Same Job Grade No Vacancy | 21.634615 | 44999.999 | 1172123 | Seybold,Darrell E |
| 24 | 1146947 | Shipp,Stephanie G | Account Executive 2 Commercial | 9/28/2012 | XFR | Same Job Grade No Vacancy | 21.634615 | 44999.999 | 1172123 | Seybold,Darrell E |
| 25 | 1146947 | Shipp,Stephanie G | Account Executive 2 Commercial | 9/28/2012 | DTA | Change Payroll Page Data | 21.634615 | 44999.999 | 1172123 | Seybold,Darrell E |
| 26 | 1146947 | Shipp,Stephanie G | Account Executive 2 Commercial | 1/1/2013 | DTA | Update ABBR Commission Earning | 21.634615 | 44999.999 | 1172123 | Seybold,Darrell E |
| 27 | 1146947 | Shipp,Stephanie G | Account Executive 2 Commercial | 1/18/2013 | PAY | Pay Adjustment | 25.961539 | 54000.001 | 1172123 | Seybold,Darrell E |
| 28 | 1146947 | Shipp,Stephanie G | Account Executive 2 Commercial | 2/15/2013 | DTA | Change Performance Rating | 25.961539 | 54000.001 | 1172123 | Seybold,Darrell E |
| 29 | 1146947 | Shipp,Stephanie G | Account Executive 2 Commercial | 12/13/2013 | DTA | Change Payroll Page Data | 25.961539 | 54000.001 | 1172123 | Seybold,Darrell E |
| 30 | 1146947 | Shipp,Stephanie G | Account Executive Major Comm | 12/19/2013 | JCH | Same Job Grade No Vacancy | 27.778846 | 57780.000 | 1172123 | Seybold,Darrell E |
| 31 | 1146947 | Shipp,Stephanie G | Account Executive Major Comm | 1/1/2014 | DTA | Update ABBR Commission Earning | 27.778846 | 57780.000 | 1172123 | Seybold,Darrell E |
| 32 | 1146947 | Shipp,Stephanie G | Account Executive Major Comm | 2/14/2014 | PAY | Merit | 28.612211 | 59513.399 | 1172123 | Seybold,Darrell E |
| 33 | 1146947 | Shipp,Stephanie G | Account Executive Major Comm | 5/7/2014 | DTA | Change Supervisor ID | 28.612211 | 59513.399 | 1143123 | Johanknecht,Steven B |
| 34 | 1146947 | Shipp,Stephanie G | Account Executive Major Comm | 8/29/2014 | DTA | Location/Dept Code Restructure | 28.612211 | 59513.399 | 1143123 | Johanknecht,Steven B |
| 35 | 1146947 | Shipp,Stephanie G | Account Executive Major Comm | 1/1/2015 | DTA | Update ABBR Commission Earning | 28.612211 | 59513.399 | 1143123 | Johanknecht,Steven B |
| 36 | 1146947 | Shipp,Stephanie G | Account Executive Major Comm | 1/2/2015 | DTA | Change Payroll Page Data | 28.612211 | 59513.399 | 1143123 | Johanknecht,Steven B |
| 37 | 1146947 | Shipp,Stephanie G | Account Executive Major Comm | 1/16/2015 | DTA | Commissioned Status Change | 28.612211 | 59513.399 | 1143123 | Johanknecht,Steven B |
| 38 | 1146947 | Shipp,Stephanie G | Account Executive Major Comm | 2/13/2015 | PAY | Merit | 29.756699 | 61893.934 | 1143123 | Johanknecht,Steven B |
| 39 | 1146947 | Shipp,Stephanie G | Account Executive Major Comm | 6/26/2015 | PAY | Pay Adjustment | 34.615500 | 72000.240 | 1143123 | Johanknecht,Steven B |
| 40 | 1146947 | Shipp,Stephanie G | Account Executive Major Comm | 7/19/2015 | DTA | Change Payroll Page Data | 34.615500 | 72000.240 | 1143123 | Johanknecht,Steven B |
| 41 | 1146947 | Shipp,Stephanie G | Account Executive Major Comm | 1/1/2016 | DTA | Update ABBR Commission Earning | 34.615500 | 72000.240 | 1143123 | Johanknecht,Steven B |
| 42 | 1146947 | Shipp,Stephanie G | Account Executive Major Comm | 1/19/2016 | PLA | Family and Medical Leave Act | 34.615500 | 72000.240 | 1143123 | Johanknecht,Steven B |
| 43 | 1146947 | Shipp,Stephanie G | Account Executive Major Comm | 1/22/2016 | DTA | Change Supervisor ID | 34.615500 | 72000.240 | 1136767 | Matthews,Chris E |
| 44 | 1146947 | Shipp,Stephanie G | Account Executive Major Comm | 1/30/2016 | LOA | Family and Medical Leave Act | 34.615500 | 72000.240 | 1136767 | Matthews,Chris E |
| 45 | 1146947 | Shipp,Stephanie G | Account Executive Major Comm | 2/1/2016 | RFL | Return From Leave | 34.615500 | 72000.240 | 1136767 | Matthews,Chris E |
| 46 | 1146947 | Shipp,Stephanie G | Account Executive Major Comm | 2/12/2016 | PAY | Merit | 36.173198 | 75240.252 | 1136767 | Matthews,Chris E |
| 47 | 1146947 | Shipp,Stephanie G | Account Executive Major Comm | 6/22/2016 | TER | Voluntary - New Job | 36.173198 | 75240.252 | 1136767 | Matthews,Chris E |