# EX. 20

60 Columbus Circle
New York, NY 10023
Tel 212-364-8213
rob.marcus@twcable.com

Robert D. Marcus
Chairman & Chief Executive Officer



# 2016 EQUAL EMPLOYMENT OPPORTUNITY POLICY STATEMENT

Time Warner Cable is committed to providing equal employment opportunities to qualified employees and applicants. Individuals who meet the qualifications for a position and are able to perform the job, will be considered without regard to race, color, gender or sex, age, religion or creed, disability, national origin, citizenship status, veteran status, sexual orientation, gender identity, marital status or any other basis protected by federal, state or local laws.

In line with this commitment, Time Warner Cable's policy, which has the steadfast support of all of our leadership, ensures equal opportunities for all individuals through the enforcement of equitable Human Resource policies and procedures, including but not limited to recruitment, promotions, compensation, benefits and other employment decisions.

Time Warner Cable complies with federal and state legislation including Executive Order 11246, Section 503 of the Rehabilitation Act and the Vietnam Era Veterans Readjustment Assistance Act. It is also our policy that no employee, applicant, contractor, or vendor will be retaliated against for reporting misconduct, filing a discrimination charge, participating in an investigation or opposing any discriminatory practice.

Time Warner Cable maintains an Affirmative Action Plan for each establishment to report on the progress of our equal opportunity efforts. Employees may review the Plan during regular business hours by contacting their Human Resource manager or any senior member of management.

Any employee or applicant who feels that they have been discriminated against, or is aware of a policy violation, should contact the Employee Relations Center of Excellence by phone at 866-486-2786, via e-mail to twc.employeerelation@twcable.com or by mail to the attention of: Employee Relations COE, Time Warner Cable, 7820 Crescent Executive Drive, Charlotte, NC 28217.

Through our policies and programs, including our Affirmative Action Plan, we are taking positive steps to ensure equal employment opportunities.

_____
Robert D. Marcus
Chairman & Chief Executive Officer

ATTACHMENT A

**D-SS-000438**