# EX. 21



| | |
|---|---|
| **Policy:** | Family and Medical Leave Act (FMLA) |
| **Effective Date:** | April 2013 |

## POLICY

The purpose of this policy is to ensure that Time Warner Cable ("Company") complies with the Federal Family and Medical Leave Act of 1993 (FMLA). The rights and responsibilities referenced in the FMLA apply to all eligible employees in the Company. Many states have enacted leave laws similar to the FMLA which provide additional (and, in some instances, greater) rights and benefits to employees working in those states. These state laws cover a broad scope of family, medical and emergency circumstances. The Company will comply with the provisions of all applicable state and local laws, and leave under such laws may or may not run concurrently with leave provided pursuant to the FMLA. Employees may contact the Leave and Disability Administrator for detailed information related to these state laws. Employees in locations with applicable state and/or local family and medical leave laws will be notified of leave rights under such laws via an addendum to this policy or by a workplace posting. For purposes of this policy, the Leave and Disability Administrator is Sedgwick except in Hawaii where the Leave and Disability Administrator is the Human Resources Department.

## GENERAL INFORMATION

### Reasons for FMLA Leave

The FMLA is limited to specific family and medical circumstances. Family and Medical Leave (FML) may be requested for the following:

- Employee's own serious health condition that makes the employee unable to work at all or unable to perform essential functions of the job ("Serious Health Condition Leave");
- Care of a spouse, child or parent with a serious health condition ("Family Care Leave");
- Birth, adoption or foster care of an employee's child within 12 months following birth or placement of the child ("Bonding Leave");
- Because of any qualifying exigency arising out of the fact that the spouse, child or parent of the employee is on "covered active duty" (as defined below) as a member of the regular or reserve component of the Armed Forces ("Military Emergency Leave"); or
- Care of a spouse, child, parent or next of kin (nearest blood relative) who is a "Covered Servicemember" (as defined below) ("Military Caregiver Leave").

### Eligibility

The FMLA applies to all eligible, regular, full-time and part-time employees. Eligibility must be determined as of the date the leave commenced or commences.

An employee is eligible for FML if he or she meets all of the following criteria:
- Has worked for the Company for at least 12 months; and
- Has worked at least 1,250 hours within the 12 months preceding the start date of the leave.

The employee may have a break in service, but still qualify for FML if his or her cumulative service with the Company equates to at least 12 months and he or she has worked at least 1,250 hours within the 12 months preceding the start date of the leave.

The calculation of the 1,250 hours worked includes actual hours worked by the employee, including time worked as a leased employee through a temporary agency utilized by the Company or as a temporary paid on the Company's payroll. The time that an employee would have been employed by the Company but for military service under the Uniformed Services Employment and Reemployment Rights Act (USSERA) is also included as actual hours worked. It does not include unpaid or paid leave time, such as holidays, sick leave, personal leave, vacation or a leave of absence under one of the Company's leave policies including FML.

Even though it is not required by law, FML may be offered to Company employees at a worksite with less than 50 employees in a 75-mile radius (i.e., a remote head-end employing a minimum number of technicians).

### Definitions

The following definitions relate to this policy. If you have any questions regarding the definitions of any other terms referenced in this policy, please contact the TWC Benefits Team at TWC.Benefits.Team@twcable.com.

- **Spouse** means a person of the (1) opposite sex who is legally married to an employee or (2) the same-sex, who is legally married if the marriage was performed in a state that recognizes such marriages regardless of the Employee's current state of residence. This definition also includes a common-law spouse in states where that relationship is legally recognized.
- **Parent** means a biological parent or an individual who stands or stood In Loco Parentis to an employee when the employee was a "child" as defined in the definition below. The term does not include a parent-in-law.
- **Child**, for purposes of Bonding Leave and Family Care Leave, means a biological, adopted or foster child, a stepchild, a legal ward, or a child of a person standing In Loco Parentis, who is either under the age of 18, or age 18 or older and "incapable of self-care because of a mental or physical disability." For purposes of Military Emergency Leave and Military Caregiver Leave, "child" means a biological, adopted or foster child, stepchild, legal ward, or a child for whom the person stood in loco parentis, and who is of any age.
- **Next of Kin** is defined as categories of blood relatives, in order of priority, but the Servicemember may make a written designation of a specific blood relative as next of kin. The Company can ask an employee for reasonable documentation of family relationships.
- **Covered Active Duty**, in the case of a member of a regular component of the Armed Forces, means duty during the deployment of the member with the Armed Forces to a foreign country. In the case of a member of a reserve component of the Armed Forces, "covered active duty" means duty during the deployment of the member with the Armed Forces to a foreign country under a call or order to active duty (or notification of an impending call or order to active duty) in support of a contingency operation as defined by applicable law.
- **Covered Servicemember** means: (1) A member of the Armed Forces, including a member of a reserve component of the Armed Forces, who is undergoing medical treatment, recuperation, or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness incurred or aggravated in the line of duty while on active duty that may render the individual medically unfit to perform his or her military duties; or (2) A person who, during the five (5) years prior to the treatment necessitating the leave, served in

the active military, Naval, or Air Service, and who was discharged or released therefrom under conditions other than dishonorable (a "veteran" as defined by the Department of Veteran Affairs), and who has a qualifying injury or illness incurred or aggravated in the line of duty while on active duty that manifested itself before or after the member became a veteran.

### Duration of Leave

Eligible employees may take up to 12 weeks of unpaid, job-protected FMLA within a rolling 12-month period for all FMLA reasons except Military Caregiver Leave. A rolling 12-month period is the 12-month period measured backward from the date an employee uses any FML except where required by state law. An employee's 12-week FMLA entitlement is based upon the employee's regular number of hours worked per week.

Military Caregiver Leave is available during "a single 12-month period" during which an eligible employee is entitled to a combined total of 26 weeks of all types of FML. A single 12-month period begins on the date an employee first uses Military Caregiver Leave and ends 12 months after that date.

### Intermittent or Reduced Schedule Leave

In some circumstances, employees may take FML intermittently – leave taken in separate blocks of time due to a single qualifying reason – or on a reduced schedule (reducing the employee's normal work schedule).

An employee who needs to take intermittent or reduced-schedule FML for planned medical treatment must make a reasonable effort to schedule such leave in a manner that does not disrupt the Company's business operations. The Company reserves the right to temporarily transfer such an employee into an alternative position, with equivalent pay and benefits, in order to accommodate business needs as allowed by law. The employee will transfer back to the regular or an equivalent position when the leave ends.

Intermittent or reduced schedule leave is available for Bonding Leave only if the Company agrees. An employee seeking such leave must arrange for the leave at least 30 days in advance by making a request for such leave to the Leave and Disability Administrator. If such leave is granted, the employee and the Leave and Disability Administrator should work together to schedule the leave.  Once a schedule for such leave is established, the employee will be expected to abide by the schedule. Any such leave must be scheduled in full day blocks of time based on the number of hours in an employee's normal work schedule.

### PROCEDURES

### Employee's Responsibility to Initiate an FMLA Request or Report Intermittent Time Taken

The notice required by this policy should be provided to the Leave and Disability Administrator. If an employee provides notice to a supervisor or manager of the Company, the Company will direct the employee to the Leave and Disability Administrator for administration of any FML.

Except with regard to Military Emergency Leave, when the need for the leave is foreseeable, the employee must provide 30-day advance notice to the Leave and Disability Administrator or such notice as is both possible and practical if the leave must begin in less than 30 days. (This should be the same day the employee becomes aware of the need for leave.)  When the need for leave is not foreseeable, the employee must provide notice within the time prescribed by the Company's normal absence reporting policy, unless unusual circumstances prevent compliance, in which case notice is required as soon as is otherwise possible and practical. Employees seeking to use Military Emergency Leave under this policy must provide as much advance notice as is

D-SS-000406

reasonable and practicable under the circumstances.

Any employee who seeks to use intermittent FML that has previously been approved by the Company must: (1) contact the Leave and Disability Administrator instead of his/her supervisor to report off of work, and (2) specifically reference either the qualifying reason for leave or the need for FML at the time the employee reports off of work. The employee must, otherwise, comply with the Company's usual procedures for reporting off of work.

All new leave requests should be received by the Leave and Disability Administrator within two (2) calendar days from the employee's initial absence date. In addition, all unforeseeable intermittent time for an existing approved FML must be reported at the time the employee reports off of work or at some other point in time on the same day the employee reports off work or the leave request may be denied. Employees on an approved bonding schedule do not need to contact the Leave and Disability Administrator to report hours unless (1) the employee decides to work on a day that they are scheduled to be off for bonding or (2) the employee's intermittent bonding schedule changes.

### Job Reinstatement

The Company will reinstate the employee to his or her regular job (or an equivalent position) as long as the employee returns to work on or before expiration of the FMLA-protected leave, except that employees have no greater right to reinstatement than if the employee had been continuously employed rather than on leave. There is no guarantee of employment when the employee fails to return upon expiration of the job-protected leave.

The Company is not required to reinstate the employee in the following circumstances:

- When the employee can no longer perform the essential functions of his or her job due to a physical or mental condition, with or without a reasonable accommodation. However, this does not negate the Company's responsibility to assess its obligations to the employee under the Americans with Disabilities Act (ADA), applicable state law or the TWC Reasonable Accommodations Policy.
- The Company can show that the employee would not have been employed at the time that reinstatement is requested. For example, if the employee would have been laid off during the leave period and the layoff would continue at the time that reinstatement is requested, the employee will not be reinstated.
- The employee has given unequivocal notice that he or she will not return to work following the leave.
- The employee qualifies as a "key employee" and is informed that reinstatement will not occur if the employee takes FML.
- The employee has fraudulently obtained leave.

Once the employee's FMLA entitlement is exhausted, the Company will take the employee's failure to return from leave as a voluntary resignation of employment unless the employee has requested and been approved for leave under another Company policy or is granted leave as an accommodation of a "disability" under applicable law.

If the employee does not return from leave, or remains on an extended unprotected leave, the manager may immediately post the open position. The employee is eligible to apply for the job (if applicable, only if he or she is medically released to perform the essential functions of the job); however, he or she will need to follow the same selection process as all other candidates. If the employee is hired, existing rules will apply for reinstating credit for previous time worked for vacation, pension and other benefits accruals.

### Spouses Employed by the Company

When both spouses are employed by the Company, their FMLA time utilization may be limited in certain circumstances. Spouses will be limited to: (1) a total of 12 weeks of leave between the two employees when the leave is Bonding Leave or is taken to care for a parent using Family Care Leave; and (2) a total of 26 weeks of leave between the two of them when the leave is Military Caregiver Leave only or is for a combination of Military Caregiver Leave, Military Emergency Leave, Bonding Leave and/or Family Care Leave taken to care for a parent.

### Key Employee Designation

"Key employees," defined as all salaried FMLA-eligible employees who are among the highest paid 10 percent of all the employees employed by the employer within 75 miles of the employee's worksite, may be subject to reinstatement limitations in some circumstances. If you are a "key employee," you will be notified of the possible limitations on reinstatement when you request a leave.

### Employee Leave Certification Requirements

When the requested leave relates to medical issues, employees will be required to submit a completed Certification of Healthcare Provider form (for Military Caregiver Leave, an invitational travel order or invitational travel authorization may be substituted). When employees request Military Emergency Leave, they will be required to submit a completed Certification of Qualifying Exigency form.

If the leave is foreseeable, the employee should provide the certification before the leave period begins. Otherwise, the employee has 20 calendar days from the date he or she is notified of the requirement to submit the certification.

Failure to provide the required medical certification in a timely manner will result in denial of the employee's leave request. It may also adversely impact the employment relationship. The employee should immediately contact the Leave and Disability Administrator if he or she is unable to provide the medical certification in a timely manner despite the employee's diligent, good faith efforts.

The employee will be given a reasonable opportunity to clarify or provide information when the certification is deemed inadequate. The employee will be provided written notice and given 12 calendar days to cure any deficiencies if the certification is incomplete or insufficient. Otherwise, the Leave and Disability Administrator reserves the right to contact the treating provider for clarification.

### Second/Third Medical Opinions

After an employee submits a Certification of Health Care Provider form, in certain circumstances, the Company may require that the employee obtain a second opinion regarding the Certification by a health care provider chosen by the Company. If the second opinion differs from the first opinion, the Company may require a third opinion by another health care provider. The third opinion will be binding.

### Recertification

If an employee's leave is certified, the Company may later require the employee to provide medical recertification, at reasonable intervals, in connection with an absence that an employee reports as qualifying for FML. For example, the Company may request recertification if:

- The employee requests an extension of leave;
- The circumstances of the employee's condition as described by the previous certification change significantly (e.g., the absence deviates from the duration or frequency set forth in the

previous certification; the condition becomes more severe than indicated in the original certification; the employee encounters complications); or
- The Company receives information that casts doubt upon the employee's stated reason for the absence.

The employee must provide the recertification within 20 calendar days of the Leave and Disability Administrator's request. The employee is responsible for paying all fees charged with recertification. Failure to provide recertification in a timely manner will result in denial of further leave and an expectation that the employee will return to work (if the employee has not already returned). It may also adversely impact the employment relationship. The employee should immediately contact the Leave and Disability Administrator if he or she is having difficulty obtaining the recertification in a timely manner despite the employee's diligent, good faith efforts.

## RETURN TO WORK

### Medical Release to Return to Work

Employees who use a Serious Health Condition Leave may be required to provide the Leave and Disability Administrator with a fitness-for-duty certification prior to returning to work if they return prior to their scheduled return to work date or they return to work with restrictions.

### Light Duty

An employee on Serious Health Condition Leave may be released to light or modified duty for a period of time. If the Company can accommodate the light/modified duty restrictions, the employee has the option of returning to work or remaining on leave until exhausting his or her FMLA entitlement. If the employee is receiving workers' compensation benefits concurrently with FML, the refusal of a light or modified duty position may affect entitlement to such benefits. If the employee is released to full duty, he or she must return to work, even if the employee has not exhausted his or her FMLA entitlement.

### Unequivocal Notice of Intent Not to Return

If the employee gives unequivocal notice of intent not to return to work, the Company's obligations under the FMLA to maintain health benefits and to restore the employee's position end.

## EMPLOYEE RIGHTS ON RETURNING TO WORK

The employee is entitled to any unconditional pay increases, effective on his/her return to work, which may have occurred during the FML period, such as cost of living increases. Pay increases conditioned upon seniority, length of service or work performed would not have to be granted unless it is the Company's policy or practice to do so with respect to other employees on equivalent leave status for reasons that do not qualify for FML. The employee is entitled to be restored to a position with the same or equivalent pay and premiums, such as shift differentials.

## OTHER DOCUMENTATION

### Affirmation of "In Loco Parentis" Relationship

The employee may be required to submit an Affirmation of "In Loco Parentis" Relationship when the leave request is based upon the need to care for an individual who stood in loco parentis to the employee when he or she was a child or when the leave is to care for a child for whom the employee stands in loco parentis. The Leave and Disability Administrator has the discretion to decide if an affirmation will be required.

### Legal Documents

The employee may be required to submit legal evidence of the birth, adoption or foster placement of a child. Such documentation may include a birth certificate or court records about the adoption or foster placement. The Leave and Disability Administrator has the discretion to determine if legal documentation will be required.

### Compensation during Leave

Generally, FML is unpaid. However, employees may be eligible to receive wage-replacement benefits while on leave through state-sponsored or Company-sponsored wage-replacement benefit programs. Employees on FML who are not eligible to receive any of the wage-replacement benefits referenced above are required to use any accrued sick, personal and vacation time (in that order) concurrently with FML, unless the law requires otherwise. The receipt of compensation while on leave does not extend the employee's FMLA leave entitlement.

For employees working in California, the Company will apply paid time-off at a supplemental rate of 45%. Employees who are on a Serious Health Condition Leave and are interested in receiving additional pay have the option to file for California State Disability Insurance (SDI). For more information on SDI, please contact the Leave and Disability Administrator at 1-877-892-6707 or log on to [edd.ca.gov/disability/](edd.ca.gov/disability/).

### Holidays

Holiday pay for employees on approved FML will be handled as follows: (1) If a holiday falls during a week in which the employee performs no work while on leave, the employee will not receive holiday pay unless the employee would have received holiday pay while on equivalent leave status for a reason that did not qualify for FML; (2) Employees who are approved for intermittent FML, and who miss scheduled work on the holiday due to the need for FML, will not receive holiday pay and must use any accrued but unused paid sick leave (Serious Health Condition Leave only), personal days or vacation time to cover the absence; and (3) Employees who are on an approved intermittent FML in less than full workweek increments and miss work for FML on the day before and/or the day after a holiday, and who are not scheduled to work on the holiday, will receive holiday pay.

If the employee is out on FML for the entire workweek in which a holiday falls, the holiday will be counted as FML. If the employee works part of the workweek in which a holiday falls, the holiday will only be counted as FML if the employee was scheduled to work the holiday but did not because of an FMLA reason.

Please refer to the Company's Holiday Policy for additional information.

### Working During an Approved FML

Generally, employees are not permitted to perform their regular duties and responsibilities or attend company meetings during hours that are classified as approved FML by the Leave and Disability Administrator. However, there may be circumstances in which employees on approved leave may be contacted by other company employees to obtain general information (i.e., locating a particular file or document for which only the employee on leave would have information).

### Bonuses and Incentive Pay

Eligibility for bonuses and incentive pay while on FML is governed by the terms of the applicable bonus and incentive pay policy. With regard to such bonuses and incentive pay, employees on FML generally will be treated the same as employees on an equivalent leave status for reasons that do not qualify for FML.

### Commissions

Eligibility for commissions while on FML is governed by the terms of the applicable commission policy. With regard to commissions, employees on FML generally will be treated the same as employees on an equivalent leave status for reasons that do not qualify for FML.

### Time-Off Accruals

Sick leave and vacation time do not accrue during unpaid leave of any kind, including unpaid FML.

## CONTINUATION OF BENEFITS

### Group Health Coverage

The FMLA requires that the Company maintains the employee's coverage in the group health plan during the protected leave. The employee will maintain the same level of coverage as he or she had prior to the start of the leave, as long as the employee continues to pay his or her premium contributions. Failure to make timely payments will result in the loss of coverage for the leave period.

The employee may choose to waive coverage during the leave period. If the employee waives coverage or loses coverage due to non-payment of premiums, he or she will be entitled to reinstatement of coverage upon returning to work. Coverage must be reinstated at the same terms as prior to taking leave without any qualifying period, physical examination, exclusion of pre-existing conditions, etc. Employees on FML are entitled to new or changed plan benefits to the same extent as employees actively working and are subject to the same rate increases or decreases as active employees. If the employee experiences a qualified change in status (QCS), appropriate documentation must be received by the Company within 60 days of the QCS. If notification and appropriate documentation are not provided within 60 days, the employee will lose the opportunity to make changes until the next Open Enrollment or another QCS. For more information about a QCS, please go to twcplusyou.com or call the TWC Benefits Service Center at 1-877-TWC-BENS.

Employees on FML continue to pay the active employee rate for contributions. Normally, contributions are deducted on a before-tax basis as long as the employee receives pay from the Company payroll system. During an unpaid FML, benefit contributions are made on an after-tax basis. Employees will be billed directly for benefit contributions as there is no pay from the Company payroll system during such FML.

### All Other Benefits

Coverage in the Company's other benefit plans may continue during FML in accordance with Company policy and plan provisions.

## FRAUDULENT USE OF FMLA

An employee who fraudulently obtains FML from the Company is not protected by the FMLA's job restoration or maintenance of health benefits provisions. In addition, the Company will take all available appropriate disciplinary action against employees due to such fraud.

## SCOPE

This policy applies to all employees of the Company and may be changed in whole or in part at any time at the sole discretion of the Company. The language in this policy in no way implies or guarantees continued employment for any definite term.

- 9 -

## RELATED INFORMATION

- Vacation Policy
- Sick Leave Policy
- Holiday Policy
- Disability Summary Plan Description
- Workers' Compensation Statutes
- Applicable Compensation Plans (e.g., commissions, bonuses, sales plans)
- Severance Pay Plan
- Reasonable Accommodations Policy

# EMPLOYEE RIGHTS AND RESPONSIBILITIES
## UNDER THE FAMILY AND MEDICAL LEAVE ACT

**Basic Leave Entitlement**

FMLA requires covered employers to provide up to 12 weeks of unpaid, job-protected leave to eligible employees for the following reasons:

- for incapacity due to pregnancy, prenatal medical care or child birth;
- to care for the employee's child after birth, or placement for adoption or foster care;
- to care for the employee's spouse, son, daughter or parent, who has a serious health condition; or
- for a serious health condition that makes the employee unable to perform the employee's job.

**Military Family Leave Entitlements**

Eligible employees whose spouse, son, daughter or parent is on covered active duty or call to covered active duty status may use their 12-week leave entitlement to address certain qualifying exigencies. Qualifying exigencies may include attending certain military events, arranging for alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings.

FMLA also includes a special leave entitlement that permits eligible employees to take up to 26 weeks of leave to care for a covered servicemember during a single 12-month period. A covered servicemember is: (1) a current member of the Armed Forces, including a member of the National Guard or Reserves, who is undergoing medical treatment, recuperation or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness*; or (2) a veteran who was discharged or released under conditions other than dishonorable at any time during the five-year period prior to the first date the eligible employee takes FMLA leave to care for the covered veteran, and who is undergoing medical treatment, recuperation, or therapy for a serious injury or illness.*

*The FMLA definitions of "serious injury or illness" for current servicemembers and veterans are distinct from the FMLA definition of "serious health condition".

**Benefits and Protections**

During FMLA leave, the employer must maintain the employee's health coverage under any "group health plan" on the same terms as if the employee had continued to work. Upon return from FMLA leave, most employees must be restored to their original or equivalent positions with equivalent pay, benefits, and other employment terms.

Use of FMLA leave cannot result in the loss of any employment benefit that accrued prior to the start of an employee's leave.

**Eligibility Requirements**

Employees are eligible if they have worked for a covered employer for at least 12 months, have 1,250 hours of service in the previous 12 months*, and if at least 50 employees are employed by the employer within 75 miles.

*Special hours of service eligibility requirements apply to airline flight crew employees.

**Definition of Serious Health Condition**

A serious health condition is an illness, injury, impairment, or physical or mental condition that involves either an overnight stay in a medical care facility, or continuing treatment by a health care provider for a condition that either prevents the employee from performing the functions of the employee's job, or prevents the qualified family member from participating in school or other daily activities.

Subject to certain conditions, the continuing treatment requirement may be met by a period of incapacity of more than 3 consecutive calendar days combined with at least two visits to a health care provider or one visit and a regimen of continuing treatment, or incapacity due to pregnancy, or incapacity due to a chronic condition. Other conditions may meet the definition of continuing treatment.

**Use of Leave**

An employee does not need to use this leave entitlement in one block. Leave can be taken intermittently or on a reduced leave schedule when medically necessary. Employees must make reasonable efforts to schedule leave for planned medical treatment so as not to unduly disrupt the employer's operations. Leave due to qualifying exigencies may also be taken on an intermittent basis.

**Substitution of Paid Leave for Unpaid Leave**

Employees may choose or employers may require use of accrued paid leave while taking FMLA leave. In order to use paid leave for FMLA leave, employees must comply with the employer's normal paid leave policies.

**Employee Responsibilities**

Employees must provide 30 days advance notice of the need to take FMLA leave when the need is foreseeable. When 30 days notice is not possible, the employee must provide notice as soon as practicable and generally must comply with an employer's normal call-in procedures.

Employees must provide sufficient information for the employer to determine if the leave may qualify for FMLA protection and the anticipated timing and duration of the leave. Sufficient information may include that the employee is unable to perform job functions, the family member is unable to perform daily activities, the need for hospitalization or continuing treatment by a health care provider, or circumstances supporting the need for military family leave. Employees also must inform the employer if the requested leave is for a reason for which FMLA leave was previously taken or certified. Employees also may be required to provide a certification and periodic recertification supporting the need for leave.

**Employer Responsibilities**

Covered employers must inform employees requesting leave whether they are eligible under FMLA. If they are, the notice must specify any additional information required as well as the employees' rights and responsibilities. If they are not eligible, the employer must provide a reason for the ineligibility.

Covered employers must inform employees if leave will be designated as FMLA-protected and the amount of leave counted against the employee's leave entitlement. If the employer determines that the leave is not FMLA-protected, the employer must notify the employee.

**Unlawful Acts by Employers**

FMLA makes it unlawful for any employer to:

- interfere with, restrain, or deny the exercise of any right provided under FMLA; and
- discharge or discriminate against any person for opposing any practice made unlawful by FMLA or for involvement in any proceeding under or relating to FMLA.

**Enforcement**

An employee may file a complaint with the U.S. Department of Labor or may bring a private lawsuit against an employer.

FMLA does not affect any Federal or State law prohibiting discrimination, or supersede any State or local law or collective bargaining agreement which provides greater family or medical leave rights.

FMLA section 109 (29 U.S.C. § 2619) requires FMLA covered employers to post the text of this notice. Regulation 29 C.F.R. § 825.300(a) may require additional disclosures.



For additional information:
1-866-4US-WAGE (1-866-487-9243) TTY: 1-877-889-5627
WWW.WAGEHOUR.DOL.GOV

U.S. Department of Labor | Wage and Hour Division



WHD Publication 1420 · Revised February 2013