# EX. 26



# 2015 Performance Review

## Review Period 1/1/2015 - 12/31/2015



REVIEWER

Chris Matthews (Manager)



## Stephanie Shipp

Account Executive Major Comm
Job Code





## Performance Goals - "What You Did"

### Business Services Financial Goals

Achieve and exceed Business Services financial and operational goals

**Start Date**
1/1/2015

**Due Date**
12/31/2015

**Status**
In progress

**Progress**
0%

**Weight**
20%

| Reviewer | Rating | Weight |
|---|---|---|
| **Stephanie Shipp** (Self) | Exceeds Expectations | 20% |
| **Steven Johanknecht** (Manager - Co-Planner) | Exceeds Expectations | 20% |

| Comments |
|---|

**Stephanie Shipp** (Self):
Well above quota for 7 months out of the year, been a tough year with a lot of internal changes.

**Steven Johanknecht** (Manager - Co-Planner):
Stephanie finished the year in Quartile 1 at 107.13% and $77,135 MRR sold.  7 of 12 months at or above quota.

### NaviSite Teaming

Achieve a minimum of two (2) NaviSite converted opportunities  from a NaviSite Teamed lead (annual)

**Start Date**
1/1/2015

**Due Date**
12/31/2015

**Status**
In progress

**Progress**
0%

**Weight**
5%

| Reviewer | Rating | Weight |
|---|---|---|
| **Stephanie Shipp** (Self) | Partially Meets Expectations | 5% |
| **Steven Johanknecht** (Manager - Co-Planner) | Does Not Meet Expectations | 5% |

| Comments |
|---|

**Stephanie Shipp** (Self):
Had iHeart Media ready to go and went to Wilson Haney to ask if they were working on it...BIG MISTAKE  He went around me and put in Lead Source.  Will be working to exceed Navisite expectations next yr

**Steven Johanknecht** (Manager - Co-Planner):
Stephanie continues to look for NaviSite opportunities, however, at this time, he has not submitted any leads/referrals.  The one opportunity that she had was an existing Strategic customer that was already being pursued.  Continue to focus on

larger Hospitality Management customers for NaviSite leads.

## Professional Development

Complete all training and development requirements

**Start Date**
1/1/2015

**Due Date**
12/31/2015

**Status**
In progress

**Progress**
0%

**Weight**
5%

| Reviewer | Rating | Weight |
|---|---|---|
| **Stephanie Shipp** (Self) | Exceptional | 5% |
| **Steven Johanknecht** (Manager - Co-Planner) | Exceeds Expectations | 5% |

**Comments**

**Stephanie Shipp** (Self):
.Completed all trainings with passing scores. Also doing ALOT of outside personal an professional development to help me be more organized

**Steven Johanknecht** (Manager - Co-Planner):
Stephanie has completed all necessary training and continues to develop her skills within the Hospitality Vertical.

## Sales Activities

Achieve required sales activities: forecast accuracy; funnel management; prospect touches

**Start Date**
1/1/2015

**Due Date**
12/31/2015

**Status**
In progress

**Progress**
0%

**Weight**
20%

| Reviewer | Rating | Weight |
|---|---|---|
| **Stephanie Shipp** (Self) | Exceptional | 20% |
| **Steven Johanknecht** (Manager - Co-Planner) | Exceeds Expectations | 20% |

**Comments**

**Stephanie Shipp** (Self):
Works on keeping funnel over flowing so that there is maximum output

**Steven Johanknecht** (Manager - Co-Planner):
Stephanie continues to be a leader on the team of Opportunities created. She had 371 Opportunities created in 2015. However, she needs to continue to focus on keeping all Opportunities updated, with no past due dates in Salesforce.

Continue to focus on KPI's to fill your funnel and achieve your monthly quota.

## Sales Goals

Achieve annual booked sales quota

**Start Date**
1/1/2015

**Due Date**
12/31/2015

**Status**
In progress

**Progress**
0 %

**Weight**
50%

| Reviewer | Rating | Weight |
|---|---|---|
| **Stephanie Shipp** (Self) | Exceeds Expectations | 50% |
| **Steven Johanknecht** (Manager - Co-Planner) | Exceeds Expectations | 50% |

**Comments**

**Stephanie Shipp** (Self):
107% for the year. Lower than last year but I have been really sick several times this year that kicked my butt!

**Steven Johanknecht** (Manager - Co-Planner):
Stephanie had another great year and finished in Quartile 1 at 107.13%. She hit quota 7 of 12 months. Despite dealing with DCI in Austin for 3-4 months, she continued to drive KPI's and created 371 new opportunities this year.

## TWC Values - "How You Did It"

### How well does the employee exhibit the TWC values at work?

| Reviewer | Rating |
|---|---|
| **Stephanie Shipp** (Self) | Exceeds Expectations |
| **Steven Johanknecht** (Manager - Co-Planner) | Successfully Meets Expectations |

| Comments |
|---|

**Stephanie Shipp** (Self):

I work with integrity in mind at all times unlike a large % at TWC. It is very exasperating to me that the ROE is just something written on paper and not adhered to. It is more like a guideline instead of something set in stone which causes issues.

**Steven Johanknecht** (Manager - Co-Planner):

Stephanie continues to exhibit TWC Values at all times. She continues to do a better job of working with her peers to ensure the best customer experience for her clients. She needs to do a better job of handling Customer issues and not allow them to escalate to upper Management. Far too often, I received calls stating Stephanie would not return their calls and her voicemail is full.

## Overall Performance Rating

### Please provide an overall performance rating.

| Reviewer | Rating |
|---|---|
| **Stephanie Shipp** (Self) | Exceptional |
| **Steven Johanknecht** (Manager - Co-Planner) | Successfully Meets Expectations |

### Please enter comments below.

| Comments |
|---|

**Stephanie Shipp** (Self):
I have exceeded above and beyond this year and will continue to do so in 2016

**Steven Johanknecht** (Manager - Co-Planner):
Stephanie had another great year and finished in Quartile 1 at 107.13% to quota. Despite dealing with the DCI rollout in her market, she was able to create 371 opportunities for the year and continues to do a great job of networking within the vertical and TWC to fill her funnel.

## Make Evaluation Viewable to Employee

**Are you sure you would like to make this review visible to the employee? If so, click Submit below. If not, click Save and Exit. Once you click Submit, you cannot undo this action.**

## Signature Section

| | |
|---|---|
| X Stephanie Shipp | X Chris Matthews |
| Self | Manager |
| 3/2/2016 | 2/25/2016 |
| Date | Date |